UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAWRENCE EDWARD BELL,            ) | |
| ) | |
| Petitioner,            ) | |
| ) | CIVIL ACTION NO. |
| VS.            ) | |
| ) | 3:05-CV-2092-G |
| NATHANIEL QUARTERMAN, Director, ) | |
| Texas Department of Criminal Justice, ) | **ECF** |
| Correctional Institutions Division,  ) | |
| ) | |
| Respondent.            ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the Magistrate Judge are correct, and they are **ADOPTED** as the findings and conclusions of the court.

    **SO ORDERED**.

October 10, 2006.

_____
A. JOE FISH
CHIEF JUDGE